## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DOMINO'S PIZZA LLC AND DOMINO'S PIZZA DISTRIBUTION LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PILGRIM'S PRIDE CORP., *et al.*, <br><br> Defendants | **Jury Trial Demanded** <br><br> (Related to *In re Broiler Chicken Antitrust Litigation – Case No. 1:16-cv-8637*) |

## <u>COMPLAINT</u>

1.     Plaintiff Domino's Pizza LLC is a Michigan limited liability company and Domino's Pizza Distribution LLC is a Delaware limited liability company (collectively, "Domino's"), both with their principal place of business in Ann Arbor, Michigan.  Domino's owns, operates, or performs the functions and obligations of the franchisor under the Domino's system of more than 6,000 Domino's branded restaurants in the United States (the "Domino's Branded Restaurants").[1]

2.     Restaurants like the Domino's Branded Restaurants serve their proprietary chicken products in multiple locations throughout the country.  To ensure consistency in taste and quality of its products across hundreds of locations, Domino's negotiated and contracted directly with

---

[1] Pursuant to the Court's Orders in *In re Broiler Chicken Antitrust Litig.*, 1:16-cv-08637, the Direct Action Plaintiffs filed "a [C]onsolidated [C]omplaint" and an Amended Consolidated Complaint [ECF Nos. 3778, 3652, 3525] containing "all the allegations the Direct-Action Plaintiffs make against all Defendants" on October 23, 2020 and January 29, 2021, respectively [ECF Nos. 3924, 3922, 4243, 4244]. In an effort to promote efficiency, Domino's files this abbreviated pleading that incorporates by reference and adopts the allegations set forth in the Direct Action Plaintiffs' Consolidated Complaint and Amended Complaint.  If the Court prefers a different form or process, Domino's will withdraw this pleading and proceed according to the Court's direction.

Defendants for the production and supply of chicken for the Domino's Branded Restaurants, according to Domino's unique recipes and specifications. These negotiations and contracts governed the price and quantity at which Defendants would supply the Domino's Branded Restaurants with Broilers (as that term is defined in the Direct Action Plaintiffs' Amended Consolidated Complaint, ECF Nos. 4243, 4244).

3.    Domino's provided Defendants with instructions regarding each step of the preparation and packaging process for its chicken products, including the recipe for Domino's products and specific requirements for packaging and labeling Domino's proprietary products.

4.    The agreements entered into between Domino's and Defendants and co-conspirators set forth the agreed price and volume of chicken products to be sold to Domino's.

5.    During the Conspiracy Period, Domino's purchased over a billion dollars' worth of Broilers directly from certain Defendants and co-conspirators at artificially inflated prices throughout the Conspiracy Period. Domino's contracted directly with Defendants and their co-conspirators for the purchase of Broilers, negotiating the price and quantity at which Defendants would supply Domino's with Broilers.  .

6.    Domino's was damaged by Defendants' anticompetitive and illegal conduct by paying artificially inflated prices for Broilers, and therefore has suffered antitrust injury as a result of Defendants' anticompetitive and unlawful conduct. Domino's brings this action to recover the overcharges it paid for Broilers purchased from Defendants and co-conspirators during the Conspiracy Period.

7.    Domino's brings this action for damages under the federal antitrust laws against the defendants identified below and incorporates by reference Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial [ECF Nos. 4243, 4244] filed in *In re Broiler*

*Chicken Antitrust Litigation*, 1:16-cv-08637 (N.D. Ill.) on January 29, 2021.

8.    Domino's joins Section II of the Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial [ECF Nos. 4243, 4244], adding the following to specify Domino's causes of action and the Defendants and Co-Conspirators in Domino's action.

| Plaintiff Name | Operative Complaint (Reference is to Sealed Version, if applicable) | Named Defendants (Not Previously Dismissed) | Named-Co-Conspirators (if any) | Causes of Action |
|---|---|---|---|---|
| Domino's Pizza LLC and Domino's Pizza Distribution LLC | TBD | Claxton; Mar-Jac; Agri Stats; Case; Foster Farms; Harrison; House of Raeford; Keystone Foods; Koch; Mountaire; O.K. Foods; Perdue; Pilgrim's Pride, Sanderson; Simmons; Tyson; Wayne | Amick; George's; Peco; Fieldale; Allen Harim; Marshall Durbin | Count I (Sherman Act Claim for all Anticompetitive Conduct). |

## **PRAYER FOR RELIEF**

WHEREFORE, Domino's respectfully requests that the Court:

A.    Enter joint and several judgments against Defendants in favor of Domino's;

B.    Award Domino's damages in an amount to be determined at trial to the maximum extent allowed under federal antitrust laws, and enter a joint and several judgment in favor of Domino's against Defendants in an amount to be trebled as provided by law;

C.    Award Domino's post-judgment interest as provided by law, with such interest to be awarded at the highest legal rate;

D.    Award Domino's attorneys' fees, litigation expenses, and costs, as provided by law;

and

     E.     Grant Domino's such other and further relief that the Court may deem just and proper.

## **JURY DEMAND**

     Pursuant to Federal Rule of Civil Procedure 38(b), Domino's demands a trial by jury on all issues so triable.

Dated: August 18, 2021

Respectfully submitted,

DOMINO'S PIZZA LLC AND DOMINO'S PIZZA DISTRIBUTION LLC

By: /s/ _____*Lori P. Lustrin*_____
Robert W. Turken (*pro hac vice*)
Lori P. Lustrin (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
rturken@bilzin.com
llustrin@bilzin.com
swagner@bilzin.com

Andrew P. Bleiman
Mark I. Fishbein
**MARKS & KLEIN, LLP**
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
Telephone: 312-206-5162
Facsimile: 312-420-5568
andrew@marksklein.com
mark@marksklein.com