UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOMINO'S PIZZA LLC AND DOMINO'S PIZZA DISTRIBUTION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PILGRIM'S PRIDE CORP., *et al*.,<br><br>Defendants. | Case No. 21-cv-4401<br><br><br><br>**PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff Domino's Pizza LLC states that it is a wholly-owned subsidiary of Domino's Pizza, Inc. Plaintiff Domino's Pizza Distribution LLC states that it is also a wholly-owned subsidiary of Domino's Pizza, Inc.

Dated: August 18, 2021

Respectfully submitted,

/s/ *Lori P. Lustrin*
Robert W. Turken
Lori P. Lustrin
Scott N. Wagner
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
rturken@bilzin.com
llustrin@bilzin.com
swagner@bilzin.com

Andrew P. Bleiman
Mark I. Fishbein
**MARKS & KLEIN, LLP**
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062

Telephone: 312-206-5162
Facsimile: 312-420-5568
andrew@marksklein.com
mark@marksklein.com

## CERTIFICATE OF SERVICE

I, Andrew P. Bleiman, hereby certify that on August 18, 2021, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

        /s/ *Andrew P. Bleiman*
        Andrew P. Bleiman